

**NUMBER 13-00-00416-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DARLA SOUTHWEST, INC.,** **Appellant,**

**v.**

**INTERCOASTAL WRECKING AND RECOVERY, INC.,** **Appellee.**

---

### On Appeal from the 191st District Court
### of Dallas County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on May 5, 2005, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal. On April 16, 2009, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable,

a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and DISMISS THE APPEAL FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b).


PER CURIAM


Memorandum Opinion delivered and
filed this the 21st day of May, 2009.

2